IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| TRAVELERS PERSONAL INSURANCE COMPANY | § § § |
| VS. | §   ACTION NO. 4:23-CV-378-Y § |
| BRADLEY SCHERFF, et al. | § |

**FINAL JUDGMENT**

In accordance with Plaintiff's notice of dismissal (doc. 4) and Federal Rule of Civil Procedure 58, all of Plaintiff's claims against Defendants in this action are hereby **DISMISSED without prejudice**. All costs of Court under 28 U.S.C. § 1920 shall be borne by the party incurring them.

SIGNED August 16, 2023.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE